UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-2052-CAS<br>BK # 2:08-bk-10277-BB; ADV # 2:11-ap-02804-BB | Date | July 25, 2012 |
|---|---|---|---|
| Title | IN RE: AXIUM INTERNATIONAL, INC. [MAHA VISCONTI; ET AL. v. HOWARD M. EHRENBERG; ET AL.] | | |

| Present: The Honorable | Christina A. Snyder, United States District Court Judge | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present                          Not Present

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION

The appeal in the above bankruptcy matter has been assigned to this Court. Pursuant to the Notice Regarding Appeal from Bankruptcy Court issued by this Court on March 12, 2012, appellant was ordered to "immediately file in the District Court Clerk's Office two complete copies of the order or judgment being appealed from, together with any written findings of fact and conclusions of law and opinions supporting said order or judgment. These documents must be filed in the District Court even if they were previously filed with the Bankruptcy Appellate Panel."

The Notice Regarding Appeal from Bankruptcy Court also stated that each party "must comply with the applicable rules of the Federal Rules of Bankruptcy Procedure." Specifically, the parties were ordered:

> [W]ithin fourteen days after filing the notice of appeal, appellant must file the following:
>
> A designation of record
> A statement of issues on appeal
> A notice regarding the ordering of transcripts
>
> Each of the above documents must be filed with the Clerk of the Bankruptcy Court, with an original and two copies, and not with the Clerk of the District Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-2052-CAS<br>BK # 08-10277-BB | Date | July 25, 2012 |
|---|---|---|---|
| Title | IN RE: AXIUM INTERNATIONAL, INC. [MAHA VISCONTI; ET AL. v. HOWARD M. EHRENBERG; ET AL.] | | |

The Notice Regarding Appeal from Bankruptcy Court warned that the "failure of either party to comply with the time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal. Only once the parties file the required documents with the Bankruptcy Court can that court issue a Certificate of Readiness to the Clerk of the District Court.

To date, and despite the expiration of time within which to do so, the appellant does not appear to have filed all of the required documents. See Fed. R. Bankr. P. 8006. Accordingly, appellant is hereby ordered to show cause in writing, on or before **August 15, 2012**, why this appeal should not be dismissed for lack of prosecution. Failure to adequately respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the appeal.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |